**Electronically Filed
Intermediate Court of Appeals
30095
29-SEP-2011
08:39 AM**

NO. 30095

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DWAYNE N. BETSILL; JANET R. BETSILL; RANDALL BETSILL;
DOYLE G. BETSILL, Individually, and as Co-Trustee of
The Doyle G. Betsill, Jr. Trust dated July 28, 2006,
as amended and restated, and as Co-Trustee of The J. Lee
Guthrie Trust dated July 28, 2006, as amended and restated;
J. LEE GUTHRIE, Co-Trustee of The Doyle G. Betsill, Jr.
Trust dated July 28, 2006, as amended and restated, and
Co-Trustee of The J. Lee Guthrie Trust dated July 28, 2006,
as amended and restated; MATTHEW LLC, a Hawaii limited
liability company; RDD LLC, a Hawaii limited liability
company; KOOLAU CATTLE COMPANY LLC, a Hawaii limited
liability company; BETSILL BROTHERS CONSTRUCTION, INC.,
a Hawaii corporation; WRIGHT & KIRSCHBRAUN, a Hawaii
limited liability law company; and DEBORAH K. WRIGHT,
Plaintiffs-Appellees,
v.
ERIC LIGHTER,
Defendant-Appellant,
and
MAHEALANI VENTURA-OLIVER, Individually and as Trustee
of the Irrevocable Trust of Alexander M. Birch;
OLIVER DUKELOW; JOHN D. OLIVER; JUANITA LEIMOMI SCHMITT;
MAHINAPIHA O HOKU E. VENTURA; DIAMOND CREDIT BUREAU,
INC.; GILBERT SCHMITT, Individually and by and through
his Attorney-In-Fact, Mahealani Ventura-Oliver;
RONA LEE K. VENTURA; ALII PU O LANI FOUNDATION;
PRINCESS RUTH KEELIKOLANI PERPETUITY TRUST;
KA HILINAI NO NAE KAMANA, EKAHI A ELUA; DOES 1-100,
Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 09-1-0077(1))

ORDER DENYING DEFENDANT-APPELLANT ERIC LIGHTER'S
ACKNOWLEDGMENT OF ORDER DATED SEPTEMBER 23,
2011, WHICH THIS COURT DEEMS A MOTION FOR
RECONSIDERATION OF SUMMARY DISPOSITION ORDER
(By:  Foley, Presiding J., Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant Eric Lighter's September 26, 2011 Acknowledgment of Order Dated September 23, 2011, which this court deems a Motion for Reconsideration of this court's Summary Disposition Order filed on September 23, 2011, the exhibits in support of the acknowledgment, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, September 29, 2011.

On the motion:

Eric Lighter
Defendant-Appellant pro se.

Presiding Judge

Associate Judge

Associate Judge